**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

**GABRIELLE C. BLACKWELL,**

**Plaintiff,**

**v.**

**WAGONER COUNTY BOARD OF COUNTY COMMISSIONERS, and MARK KETCHUM, *individually*,**

**Defendants.**

**Case No. 25-CV-456-JFH-JAR**

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Jason A. Robertson. Dkt. No. 22. The Magistrate Judge recommends that the Motion to Dismiss filed by Defendants Wagoner County Board of County Commissioners and Mark Ketchum [Dkt. No. 8] should be granted in part and denied in part.

Neither party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, Defendants' Motion to Dismiss [Dkt. No. 8] is GRANTED IN PART and DENIED IN PART. Plaintiff's claims for breach of contract, promissory estoppel, and right of access under 42 U.S.C. § 1983 (Counts I, II, and V) are DISMISSED without prejudice. Defendant Ketchum is also granted qualified immunity as to Count V. Plaintiff's *Burk* tort claim for violations of Oklahoma public policy and retaliation claim under 40 Okla. Stat. § 403(B) (Counts VI and VII) are DISMISSED with prejudice. However, Counts III and IV survive Defendants' Motion to Dismiss.

IT IS SO ORDERED this 21st day of August 2026.

JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE